William D. Hyslop
United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAILYN ROSE HOOVER,<br><br>Defendant. | Case No.: 2:21-CR-13-TOR-1<br><br>Motion To Seal Indictment |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Dominique Juliet Park, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

Dated: February 2, 2021.

William D. Hyslop
United States Attorney

*s/ Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1