FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAILYN ROSE HOOVER,<br><br>Defendant. | No. 2:21-CR-00013-TOR-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |

At Defendant's February 12, 2021, initial appearance and arraignment based on an Indictment, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Molly Winston represented the Defendant and appeared by video from another location. Assistant U.S. Attorney Timothy Ohms represented the United States and appeared in Court. United States Probation Officer Patrick Dennis was present telephonically. At the time of the hearing, Defendant consented to proceeding by video.

Defendant was advised of, and acknowledged, her rights. On her plea of not-guilty, Defendant is bound over to the United States District Court for trial.

Pursuant to F. R. Crim. P. 5(f) the Court reminds the parties of the prosecution's affirmative duty to disclose evidence favorable to the defendant, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Accordingly, the government is ordered to comply with this obligation. If the government does not timely comply, a court may order the production of such evidence, grant a

ORDER - 1

continuance, impose evidentiary or other appropriate sanctions, order a new trial, or dismiss the charges.

A **detention hearing is set for <u>February 16, 2021 at 1:30 p.m.</u>**, by video before the undersigned.  **IT IS ORDERED** pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

The U.S. Probation Office shall prepare a Supplemental Pretrial Services Report prior to the detention hearing and shall notify defense counsel prior to interviewing Defendant.

**IT IS SO ORDERED.**

DATED February 12, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE