William D. Hyslop
United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAILYN ROSE HOOVER,

Defendant.

Case No.: 2:21-CR-00013-TOR

GOVERNMENT'S MEMORANDUM IN SUPPORT OF DETENTION

The United States, by and through undersigned counsel, requests that the Court order the defendant's continued detention because the defendant is a danger to the community and a flight risk. The defendant is presently charged with Distribution of 5 Grams of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii). ECF 1. According to the Indictment, the offense date was **February 20, 2020**. ECF. 1. The defendant's conduct, as charged in the Indictment, carries with it a presumption of detention. 18 U.S.C. § 3142(e)(3)(A). But this alone does not compel continued detention. For the reasons described below, the United States submits that the defendant is a danger

Detention Memorandum- 1

to the community and a flight risk. As such, there is no condition or combination of conditions that would reasonably assure the safety of the community and the defendant's future appearances before the Court.

### A. The defendant is a danger to the community as evidenced by her drug trafficking activities

The defendant was a trafficker of methamphetamine and/or heroin since at least on or about February 20, 2020 and continuing more recently until at least on or about February 2, 2021. She is also known in the community to engage in the sale of firearms, some of which are stolen.[1] Notably, the offense that she is presently charged with is not a one-time offense. The defendant was encountered by local law enforcement on or about **May 7, 2020** as a result of a GPS warrant that was about to be affixed to a vehicle that she was associated with. Local law enforcement were able to obtain the GPS warrant because, among other things, they had purchased heroin from her previously on more than one occasion. During this May 7, 2020 encounter, the defendant made post-*Miranda* statements to law enforcement acknowledging that she was in possession of "three to four ounces of 'dark'" (i.e. heroin) and that she worked with another individual to conduct drug sales. On this same date, her unemployed companion was found to be in

---

[1] In the present case, the defendant sold methamphetamine, along with a stolen firearm, out of her home.

Detention Memorandum- 2

possession of $3,000. This encounter with law enforcement should have been a wake-up call for the defendant. It was not.

On or about **October 31, 2020**, local law enforcement re-encountered the defendant via a traffic stop. This time she was in the company, or just departing the company, of an individual with three outstanding felony warrants. During this encounter, the defendant made post-*Miranda* statements to law enforcement that she was headed to meet a friend "to deliver dope." She further elaborated that she had "clear" (i.e. methamphetamine) in a vehicle and was about to deliver it to someone in exchange for money. She also stated that she had more "clear" at her aunt's house. On this date, local law enforcement arrested the defendant for driving with a suspended license and possession of a controlled substance. Thereafter, on or about November 2, 2020, the State of Washington charged the defendant with Possession with Intent to Deliver a Controlled Substance (case no. 2010167732). The State of Washington subsequently added additional drug related charges.

Again, this arrest and subsequent drug charge(s) should have been a wake-up call for the defendant. Perhaps it was not because she was allowed to reenter the community pending the resolution of her criminal case. On or about **February 2, 2021**, the defendant was encountered by local law enforcement in a vehicle that had methamphetamine on the seat in plain view. Based on the defendant's

Detention Memorandum- 3

continuous course of conduct as described above, the United States submits that the defendant is a danger to the community and likely to reoffend if released.

### B. The defendant is a flight risk as evidenced by her numerous failures to appear

The defendant has a lengthy history of failing to appear. This failure to abide by judicial orders presents another compelling reason to continue the defendant's detention. As noted by U.S. Probation, the defendant failed to appear in connection with a 2018 criminal case on at least **four** occasions. In 2019, the defendant was charged with Third Degree Theft and has failed to appear on at least **three** occasions in connection with this criminal case that remains outstanding. In 2020, the defendant was charged with multiple counts of drug related violations. She has failed to appear in connection with those proceedings at least **five** times. In total, the defendant has failed to appear for court proceedings at least **twelve** times. She should not be afforded another opportunity to ignore the seriousness of her criminal conduct and flout court orders instructing her to appear and abide by certain conditions.

### C. Conclusion

For above reasons, the United States requests that the Court detain the defendant pending the resolution of her criminal case because she is a danger to the community and a flight risk. As such, there is no condition or combination of

Detention Memorandum- 4

conditions that will reasonably assure the safety of the community and the defendant's future appearances before the Court.

Respectfully submitted,

William D. Hyslop
United States Attorney

s/ Dominique Juliet Park
Dominique Juliet Park
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, Dominique Juliet Park, hereby certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Molly Winston
Assistant Federal Defender

s/ Dominique Juliet Park
Dominique Juliet Park

Detention Memorandum- 6