# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2021

SEAN F. McAVOY, CLERK

U.S.A. vs.    Hoover, Shailyn Rose    Docket No.    2:21CR00013-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shailyn Rose Hoover, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 23rd day of March 2021, under the following conditions:

**Additional Condition #25:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Shailyn Rose Hoover is alleged to have violated the conditions of pretrial release supervision by aborting inpatient substance abuse treatment on March 25, 2021.

On March 23, 2021, the Court ordered Ms. Hoover to be released from custody to enter inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) in Spokane, Washington, on March 24, 2021.

On March 29, 2021, defense counsel advised Ms. Hoover had left inpatient substance abuse treatment at ABHS. Subsequently, the undersigned officer confirmed with ABHS staff that Ms. Hoover aborted inpatient on or about Mach 25, 2021.

Currently, Ms. Hoover's whereabouts is unknown to the undersigned officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:    March 29, 2021 |
|   | by | s/Erik Carlson |
|   |   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Hoover,, Shailyn Rose
March 29, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 29, 2021
Date