PROB 12C
(6/16)

Report Date: July 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shailyn Rose Hoover          Case Number: 0980 2:21CR00013-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 12, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 292 days; TSR - 48 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: | January 12, 2022 |
| Defense Attorney: | Steve Roberts | Date Supervision Expires: | January 11, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On January 13, 2022, Ms. Hoover's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release by failing to report at directed by the U.S. probation officer, on or about July 21, 2022.

On July 15, 2022, Ms. Hoover reported to the U.S. Probation Office for the purpose of having a sweat patch applied. She was directed to report on July 21, 2022, at 12 p.m. for the purpose of having the sweat patch removed, followed by attendance at the scheduled Sobriety Treatment and Education Program (STEP) session at 1 p.m.

Prob12C
**Re: Hoover, Shailyn Rose**
**July 21, 2022**
**Page 2**

On July 21, 2022, Ms. Hoover failed to report to the probation office and failed to attend the STEP session.

2    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Shailyn Hoover violated the terms of her supervised release by failing to appear for random urinalysis, on or about July 14, and 19, 2022.

Ms. Hoover is enrolled in random drug testing with Pioneer Human Services (PHS). She is expected to call the testing line daily to determine if she is expected to test that same day.

PHS reported Ms. Hoover failed to appear for testing on July 14 and 19, 2022.

3    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Shailyn Hoover violated the terms of her supervised release by failing to submit to a sweat patch test as directed, on or about July 21, 2022.

On July 15, 2022, Ms. Hoover reported to the U.S. Probation Office for the purpose of having a sweat patch applied. She was directed to report on July 21, 2022, at 12 p.m. for the purpose of having the sweat patch removed, followed by attendance at the scheduled Sobriety Treatment and Education Program (STEP) session at 1 p.m.

On July 21, 2022, Ms. Hoover failed to report, thereby failing to submit to sweat patch testing.

4    **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Shailyn Hoover violated the terms of her supervised release by consuming a controlled substance, Fentanyl, on or about June 29, 2022.

On June 29, 2022, Ms. Hoover reported to Pioneer Human Services and submitted to a urinalysis. She tested presumptive positive for Fentanyl. Ms. Hoover denied use and the sample was sent to the lab for confirmation. A lab report was received on July 14, 2022, confirming a positive presence for Fentanyl.

Prob12C
Re: Hoover, Shailyn Rose
July 21, 2022
Page 3

| | | |
|---|---|---|
| | 5 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** It is alleged that Shailyn Hoover violated the terms of her supervised release by consuming a controlled substance, methamphetamine, cocaine and Fentanyl, on or about July 15, 2022.

On July 15, 2022, Ms. Hoover reported to the U.S. Probation Office. She submitted to a urinalysis which tested presumptive positive for methamphetamine, cocaine and Fentanyl. Ms, Hoover admitted to consuming methamphetamine on July 13, 2022. The specimen was submitted to the lab for confirmation.

A lab report received on July 21, 2022, confirmed a positive presence for all three substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/21/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/21/2022
Date