PROB 12C
(6/16)

Report Date: December 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shailyn Rose Hoover              Case Number: 0980 2:21CR00013-TOR-1

Address of Offender:                   , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 12, 2022

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 292 days; TSR - 48 months              Type of Supervision: Supervised Release |
| Revocation Sentence (January 5, 2023): | Prison - 8 months  TSR - 48 months |
| Asst. U.S. Attorney: | Carter Liam Powers Beggs              Date Supervision Commenced: June 28, 2023 |
| Defense Attorney: | Federal Defenders Office              Date Supervision Expires: June 27, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On July 6, 2023, Ms. Hoover participated in a supervision intake. Her conditions of supervision were reviewed with her and she signed a copy acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by failing to appear for a random urinalysis, on or about November 14, 2023. |
| | Ms. Hoover is enrolled in random drug testing with Pioneer Human Services (PHS). She is required to call the drug testing line daily to determine if she is to report to PHS that same day for testing. |

Prob12C
# Re: Hoover, Shailyn Rose
December 12, 2023
Page 2

PHS staff reported that on November 14, 2023, Ms. Hoover failed to report for a random urinalysis. Ms. Hoover reported vehicle problems and subsequently reported on November 16, 2023, for a urinalysis, which tested negative for illicit substances.

2  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by failing to appear for a random urinalysis, on or about November 21, 2023.

Ms. Hoover is enrolled in random drug testing with Pioneer Human Services (PHS). She is required to call the drug testing line daily to determine if she is to report to PHS that same day for testing.

PHS staff reported that on November 21, 2023, Ms. Hoover failed to report for a random urinalysis.

3  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by consuming a controlled substance, methamphetamine, on or about November 26, 2023.

On November 27, 2023, Ms. Hoover reported to Pioneer Human Services (PHS) for a random urinalysis. The sample tested presumptive positive for methamphetamine and cocaine. She denied use and the sample was sent to the lab for additional testing.

On November 29, 2023, she reported to the probation office. She admitted to the use of methamphetamine on November 26, 2023, and signed a drug use admission form.

A lab report later confirmed a positive presence for methamphetamine.

4  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by consuming a controlled substance, cocaine, on or about November 27, 2023.

Prob12C
# Re: Hoover, Shailyn Rose
**December 12, 2023**
**Page 3**

On November 27, 2023, Ms. Hoover reported to Pioneer Human Services (PHS) for a random urinalysis. The sample tested presumptive positive for methamphetamine and cocaine. She denied use and the sample was sent to the lab for additional testing.

On November 29, 2023, she reported to the probation office. She admitted to the use of methamphetamine, but not cocaine. A lab report later confirmed a positive presence for both methamphetamine and cocaine.

5  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by consuming a controlled substance, methamphetamine, on or about December 4, 2023.

On December 5, 2023, Ms. Hoover reported to the probation office. She submitted to a urinalysis. The sample tested presumptive positive for methamphetamine and cocaine. She admitted to the use of methamphetamine, but not cocaine. She signed a drug use admission form, indicating use of methamphetamine on December 4, 2023. A lab report later confirmed a positive presence for both methamphetamine and cocaine.

6  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by consuming a controlled substance, cocaine, on or about December 5, 2023.

On December 5, 2023, Ms. Hoover reported to the probation office. She submitted to a urinalysis. The sample tested presumptive positive for methamphetamine and cocaine. She admitted to the use of methamphetamine, but not cocaine. A lab report later confirmed a positive presence for both methamphetamine and cocaine.

7  **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release, by failing to attend substance abuse treatment as scheduled in November 2023 and on December 11, 2023.

Prob12C
**Re: Hoover, Shailyn Rose**
**December 12, 2023**
**Page 4**

      Shailyn Hoover is enrolled in integrated treatment services with Spokane Addiction and Recovery Centers (SPARC). On November 28, 2023, SPARC notified the probation office that Ms. Hoover had missed several appointments during the month of November 2023.

      On November 28, 2023, Ms. Hoover was contacted by phone. She advised she was spending a lot of time with her son, therefore, unable to attend some treatment sessions. She agreed to become re-engaged in treatment services with SPARC. On December 6, 2023, she met with her counselor with SPARC. Her level of care was increased due to her recent use and treatment noncompliance. She was scheduled to attend groups Monday through Thursday commencing Monday, December 11, 2023.

      On December 12, 2023, SPARC staff reported that she failed to attend her scheduled group on December 11, 2023.

8      **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

      **Supporting Evidence**: It is alleged that Shailyn Hoover violated the terms of her supervised release by failing to report to the probation officer as directed, on or about December 11, 2023 or since.

      On December 6, 2023, a home visit was completed. During this contact Ms. Hoover was directed to report to the probation office on December 11, 2023, at 4 p.m.

      Mr. Hoover failed to report on December 11, 2023.

      On December 12, 2023, at approximately 10:25 a.m., the probation officer attempted to reach Ms. Hoover by phone. A voice message and text message was left directing her to report no later than 3 p.m. that same day.

      Ms. Hoover again failed to report.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/12/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Hoover, Shailyn Rose
December 12, 2023
Page 5

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

December 13, 2023
Date